IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR255 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNNY L. TITSWORTH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After conference with counsel and with the consent of the parties,

IT IS ORDERED that the final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 47) is rescheduled for:

**Friday, June 1, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 3rd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court