IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:98CR255 |
| v. | ) | |
| JOHNNY LEE TITSWORTH, | ) | ORDER |
| Defendant. | ) | |

On June 1, 2007, the defendant appeared with counsel for a hearing on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 47). Defendant was present and represented by David O'Neill, Assistant Federal Public Defender. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The defendant admitted to allegations 3 and 4 of the Petition. Upon oral Motion of the government, the Court dismissed allegations 1 and 2 of the Petition. The Court found the defendant to be in violation of his conditions of supervised release. The Court revoked the defendant's supervised release and proceeded to sentencing. Accordingly,

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of twenty-four (24) months. The defendant is to receive credit for time served while awaiting disposition in this case.

2. While the defendant is incarcerated, the Bureau of Prisons is directed to provide, and the defendant is directed to participate in, the 500-hour Comprehensive Drug Treatment Program.

3. Upon completion of the defendant's incarceration, his term supervised release is terminated.

4. Allegations 1 and 2 of the Petition are hereby dismissed.

DATED this 1st day of June, 2007.

> BY THE COURT:
>
> /s/ Lyle E. Strom
> _____
> LYLE E. STROM, Senior Judge
> United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____
UNITED STATES WARDEN

By: _____
